UNITED STATES BANKRUPTCY COURT
EASternN DISTRICT OF WISCONSIN

_____

In Re:                                         Chapter 13 Bankruptcy
YOON S KIM
Debtor(s)                           Case No. 13-33754-MDM
_____

## TRUSTEE'S OBJECTION AND NOTICE OF OBJECTION
## TO DEBTORS' PROPOSED CHAPTER 13 PLAN
_____

Mary B. Grossman, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed plan filed by the debtor.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

The Trustee, Mary B. Grossman, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

- [ ] The proposed plan is not substantiated by a budget.

- [x] This proposed plan does not provide for a feasible plan.

- [ ] The plan does not provide for the submission of all or such portion of future earnings or other future income of the debtor to the supervision and control of the Trustee as is necessary for the execution of the Plan. 11 U.S.C. §1322(a)(1).

- [ ] The plan does not provide for the full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. §507. 11 U.S.C. §1322(a)(2).

- [ ] The plan does not provide for the same treatment for each claim within a particular class. 11 U.S.C. §1322(a)(3).

- [ ] The plan has not been proposed in good faith. 11 U.S.C. §1325(a)(3).

- [ ] The plan does not provide that the value of property to be distributed under the plan is at least equal to the amount that would be paid on the unsecured claims in Chapter 7 liquidation. 11 U.S.C. §1325(a)(4).

- [ ] The debtor will be unable to make all the payments under the proposed plan or to otherwise comply with the terms of the proposed plan. 11 U.S.C. §1325(a)(6).

- [ ] Failure to pay all disposable income as required by §1325(b).

- [ ] Failure to properly serve post-confirmation plan modification as required by Rule 3015(g).

- [x] Other: Failure to state amount of mortgage arrears to be paid through the Plan. Plan is not feasible with mortgage arrears stated on U.S. Bank's Proof of Claim when administrative fees are included.

The Trustee respectfully requests that a hearing be set in this matter.

Dated at Milwaukee, Wisconsin, this 13th day of February 2015

                                                 OFFICE OF CHAPTER 13 TRUSTEE

                                                 /s/_____
                                                 Mary B. Grossman, Chapter 13 Trustee
                                                 Robert W. Stack, Staff Attorney
                                                 Christopher D. Schimke, Staff Attorney
                                                 Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI  53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In Re:   YOON S KIM                                        Chapter 13 Bankruptcy

              Debtor                                       Case No.   13-33754-MDM
_____

**CERTIFICATE OF SERVICE – TRUSTEE'S OBJECTION AND NOTICE OF OBJECTION
TO DEBTORS' PROPOSED CHAPTER 13 PLAN**
_____

The undersigned being first duly sworn on oath, deposes and says that on this date she electronically or conventionally served a copy of the attached Notice of Objection to Debtor's proposed Chapter 13 Plan in accordance with FRBP and FRCP (5)(b)(2)(D) .

Dated: February 13, 2015

/s/_____
Tongula Washington
Administrative Assistant to
Mary B. Grossman, Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
(414) 271-3943

CONVENTIONAL MAIL RECIPIENTS:

Debtor(s):

YOON S KIM
5900 STEFANIE WAY
CALEDONIA, WI 53108

ELECTRONIC MAIL RECIPIENTS:

DELADURANTEY LAW OFFICE LLC
OFFICE OF THE US TRUSTEE