UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
COURT MINUTES

| | |
|---|---|
| CHAPTER | 13 |
| DATE: | October 20, 2015 |
| JUDGE: | Margaret Dee McGarity |
| CASE NO.: | 13-33754-MDM |
| DEBTOR: | Yoon S. Kim |
| NATURE OF HEARING: | Rescheduled (from 3/10/15, 5/19/15, 7/14/2015 & 9/8/15) and adjourned (from 4/21/15) preliminary hearing on the trustee's objection to confirmation of the amended plan. |
| APPEARANCES: | Robert Stack for the Chapter 13 Trustee |
| | Daniel Beasley, Attorney for Debtor |
| COURTROOM DEPUTY: | Carolyn A. Belunas |
| TIME: | 1:24 - 1:30 pm |

Mr. Beasley asserted that the debtor has two mortgages. He requested additional time because the debtor is attempting to modify his second mortgage and anticipates a response from the creditor in the next 30 days.

Mr. Stack asserted that the debtor is making payments under the current confirmed plan.

The parties agreed to adjourn this matter to December 1, 2015, at 1:15 pm, via telephone. The court will initiate the conference call. If this matter is resolved the parties should notify the court.