UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
COURT MINUTES and ORDER

CHAPTER        13
DATE:          December 1, 2015
JUDGE:         Margaret Dee McGarity
CASE NO.:      13-33754-MDM
DEBTOR:        Yoon S. Kim
NATURE OF HEARING:       Rescheduled (from 3/10/15, 5/19/15, 7/14/15 & 9/8/15) and adjourned
                         (from 4/21/15 & 10/20/15) preliminary hearing on the trustee's objection
                         to confirmation of the amended plan.
APPEARANCES:             Sandra Baner for the Chapter 13 Trustee
                         Matthew Koenig, Attorney for Debtor
COURTROOM DEPUTY:        Carolyn A. Belunas
TIME:                    1:42 - 1:46 pm

Mr. Koenig stated that he will file an amended plan because the debtor intends to surrender his home.


The objection is sustained.

SO ORDERED.
December 2, 2015



                              Margaret Dee McGarity
                              United States Bankruptcy Judge