UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:
 YOON S KIM                                         Chapter 13 Bankruptcy
                                                    Case No. 13-33754 - BEH
_____

**TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 6 FILED BY U.S. BANK NATIONAL ASSOCIATION**
_____

The Chapter 13 Trustee, Mary B. Grossman, hereby objects to the proof of claim number 6 filed by U.S. BANK NATIONAL ASSOCIATION in this bankruptcy matter on the following grounds:

1. U.S. BANK NATIONAL ASSOCIATION filed a claim for $85,219.63 on November 24, 2015.

2. Pursuant to Bankruptcy rule 3002(c), the last day to file claims, except for the claims of governmental units, was March 4, 2014.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order disallowing this claim in its entirety because the creditor filed its claim after the claims deadline.

Dated in Milwaukee, Wisconsin on February 17, 2016.

/s/_____
Mary B. Grossman, Trustee
Robert W. Stack, Staff Attorney
Christopher D. Schimke, Staff Attorney
Sandra M. Baner, Staff Attorney
Chapter 13 Standing Trustee
P.O. Box 510920
Milwaukee, Wisconsin 53203
T: (414) 271-3943
F: (414) 271-9344

Drafted by:
sk

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:
YOON S KIM

Chapter 13 Bankruptcy
Case No. 13-33754 - BEH

### CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2016, the **TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 6 FILED BY U.S. BANK NATIONAL ASSOCIATION and NOTICE OF HEARING** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

OFFICE OF THE U.S. TRUSTEE            NICKOLAI & POLETTI, LLC

I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

YOON S KIM
5900 STEFANIE WAY
CALEDONIA, WI   53108

U.S. BANK HOME MORTGAGE
A DIVISION OF U.S. BANK NATIONAL ASSOCIATION
4801 FREDERICA ST
OWENSBORO, KY   42301

I further certify that I have mailed by Certified Mail, Return Receipt Requested, through the United States Postal Service, the same document to the following non-ECF participant as required by Federal Rule of Bankruptcy Procedure 7004(h).

MR.RICHARD K. DAVIS
CEO, PRESIDENT
US BANCORP
800 NICOLLET MALL
MINNEAPOLIS, MN   55402

Dated:   February 17, 2016

/s/_____
Sally Kasik
Legal Assistant
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T:  (414) 271-3943
F:  (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:
YOON S KIM

Chapter 13 Bankruptcy
Case No. 13-33754 - BEH

**NOTICE OF HEARING ON TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 6 FILED BY U.S. BANK NATIONAL ASSOCIATION**

**NOTICE TO PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on February 17, 2016, the Trustee filed an objection to Proof of Claim NO. 6 filed by U.S. BANK NATIONAL ASSOCIATION.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)

If you do not want the court to eliminate or change your claim, then on or before March 22, 2016, you or your attorney must file a written objection with:

>Clerk, United States Bankruptcy Court
>Eastern District of Wisconsin
>Room 126
>517 East Wisconsin Avenue, Room 126
>Milwaukee, WI  53202-4581

You must also provide copies of your objection to:

>NICKOLAI & POLETTI, LLC
>308 MILWAUKEE AVENUE
>BURLINGTON, WI 53105

You must file your objection in time for it to be *received* by the clerk by March 22, 2016. If the clerk has not received your written objection by this day, the Court may grant the motion, without further notice or hearing, once it has received from the Trustee an affidavit of no objection and a proposed order.

**If, and only if, you file a timely written objection,** a hearing will take place before Judge Beth E. Hanan in Courtroom 149, U.S. Courthouse, 517 East Wisconsin Avenue, Milwaukee, WI 53202 at the following date and time **March 29, 2016 at 9:00 a.m.** If any party wishes to appear by telephone, that party must contact the Court at (414) 290-2680 prior to the hearing, to provide the name and telephone number of the person who will participate in the hearing.

Dated at Milwaukee, Wisconsin, on February 17, 2016.

/s/_____
Mary B. Grossman, Trustee
Robert W. Stack, Staff Attorney
Christopher D. Schimke, Staff Attorney
Sandra M. Baner, Staff Attorney
Chapter 13 Standing Trustee
P.O. Box 510920
Milwaukee, Wisconsin 53203
T: (414) 271-3943
F: (414) 271-9344