THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 7, 2016



Beth E. Hanan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

IN RE: **YOON S. KIM**   Case No. 13-33754 BEH
   Chapter 13

Debtor.

---

**ORDER ON TRUSTEE'S OBJECTION TO CLAIM NO. 5 FILED BY U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER OF U.S. BANK NATIONAL ASSOCIATION ND**

---

The Chapter 13 Trustee, having filed her Trustee's Objection to Proof of Claim No. 5 Filed by U.S. Bank National Association, Successor by Merger of U.S. Bank National Association ND, and U.S. Bank National Association having filed a response to such objection, the Court conducted a hearing on March 29, 2016, with Mary B Grossman, Chapter 13 Trustee appearing, Attorney Jay Pitner appearing for U.S. Bank National Association and Attorney Anton Nickolai appearing for the Debtor by telephone. For reasons set forth in the recording of the hearing,

**IT IS HEREBY ORDERED THAT:**

1. The Trustee's objection is sustained.
2. Claim No. 5 filed by U.S. Bank National Association is disallowed.

# # # # #

Prepared by:
Mary B Grossman
Chapter 13 Trustee
PO Box 510920
Milwaukee, WI 53203
(414) 271-3943/Fax (414) 271-9344